■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v VINCENT POLIANDRO, Appellant. [994 NYS2d 868]—Appeal by the defendant from a judgment of the County Court, Dutchess County (Greller, J.), rendered January 17, 2013, convicting him of burglary in the second degree (two counts), upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the trial judge should have recused himself is unpreserved for appellate review (*see People v Pearson*, 78 AD3d 968, 969 [2010]; *People v Doyle*, 15 AD3d 674, 675 [2005]; *People v Jackson*, 185 AD2d 363 [1992]) and, in any event, without merit (*see People v Glynn*, 21 NY3d 614, 618-619 [2013]; *People v Moreno*, 70 NY2d 403, 405-406 [1987]).

The sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]). Mastro, J.P., Chambers, Cohen and Barros, JJ., concur.